**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2293**

_____

KENNETH MEREDITH,

              Plaintiff - Appellant,

       v.

RUSSELL COUNTY SCHOOL BOARD, d/b/a Russell County Public
Schools,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Abingdon.  James P. Jones, District
Judge.  (1:13-cv-00084-JPJ-PMS)

_____

Submitted:  September 12, 2016      Decided:  October 4, 2016

_____

Before GREGORY, Chief Judge, and TRAXLER and KING, Circuit
Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard F. Hawkins, III, HAWKINS LAW FIRM, PC, Richmond,
Virginia, for Appellant.  M. Katherine Patton, CHAFIN LAW FIRM
PC, Lebanon, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Meredith appeals the district court's order granting summary judgment to Defendant in Meredith's 42 U.S.C. § 1983 (2012) civil rights action in which Meredith asserted a First Amendment retaliation claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Meredith v. Russell Cty. Sch. Bd., No. 1:13-cv-00084-JPJ-PMS (W.D. Va. Sept. 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED